**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| Robert Zielinski,<br><br>     Plaintiff,<br><br>– against–<br><br>Synchrony Bank and Equifax Information Services, LLC,<br><br>     Defendants. | Civ. No. 2:23-cv-02024 (CCC) (JBC)<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

 Plaintiff Robert Zielinski ("Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Stipulation of Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, Plaintiff respectfully requests that Equifax be excused from all future appearances and deadlines until this matter is dismissed.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: August 22, 2023
       New York, NY

                                   Respectfully submitted,

                                   **LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC**

                                   */s/ Robert Wennemer*
                                   Robert Wennemer, Esq.
                                   30 Wall Street, 8th Floor #741
                                   New York, NY 10005
                                   Tel: (866) 249-1137
                                   Fax: (212) 412-9005
                                   Email: Robert.W@gitmeidlaw.com
                                   *Counsel for Plaintiff Robert Zielinski*